### ADAMS *v.* MAY.

FISH, C. J.    1.    "Where a case which did not involve the mere exercise
of the discretion of the judge in the grant or refusal of a temporary
injunction, but was by consent on its final trial submitted to the judge
to pass upon all questions of law and fact, an exception to his judg-
ment in these words: 'to which judgment of the court defendant then
and there excepted and now excepts, and assigns the same as error,' is
too indefinite to present any question for consideration by this court
or to furnish ground for reversing the judgment." *Wade* v. *Watson,*
133 *Ga.* 608 (2), 614 (66 S. E. 922).

2. In the present case the only assignment of error in the bill of excep-
tions is in the following language:    "Said cause was tried without the
intervention of a jury, and after evidence had been introduced by both
sides and argument of counsel the court rendered a judgment and
decree in the premises, to which judgment and decree defendant then
excepted, now excepts, and assigns the same as error." *Held,* that,
under the ruling quoted in the preceding headnote, the writ of error
must be dismissed.

*Writ of error dismissed.    All the Justices concur.*
MAY 13, 1916.

Equitable petition; from Colquitt superior court.    Motion to
dismiss.

*W. F. Way* and *P. Q. Bryan,* for plaintiff in error.

*Shipp & Kline,* contra.